IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL EDWARD KOWAL,<br><br>    a/k/a "Larry William Tipton,"<br>    a/k/a "Michael William Tipton,"<br>    a/k/a "William Bloom."<br><br>    Defendant. | No. CR 06 - 133LRR<br><br>**Count 1**: 42 U.S.C. § 408(a)(7)(A)<br>**Count 2**: 42 U.S.C. § 408(a)(6)<br>**Count 3**: 42 U.S.C. § 408(a)(7)(A)<br>**Count 4**: 42 U.S.C. § 408(a)(7)(A)<br>**Count 5**: 18 U.S.C. §1028A(a)(1)<br>**Count 6**: 42 U.S.C. § 408(a)(7)(A)<br>**Count 7**: 18 U.S.C. §1028A(a)(1) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about March 18, 2003, in the Northern District of Iowa, defendant MICHAEL EDWARD KOWAL, a/k/a "Michael William Tipton," a/k/a "Larry William Tipton," for the purpose of obtaining an Iowa marriage license, did knowingly, willfully, and with intent to deceive, use a social security account number with the last four digits "0053" assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by defendant.

This was in violation of Title 42, United States Code, Section 408(a)(7)(A).

1

## COUNT 2

On or about June 29, 2004, in the Northern District of Iowa, defendant MICHAEL EDWARD KOWAL, a/k/a "Michael William Tipton," a/k/a "Larry William Tipton," in a matter within the jurisdiction of the United States Social Security Administration, did knowingly, willfully and with intent to deceive the Commissioner of Social Security as to his true identity, furnish and cause to be furnished false information to the Commissioner of Social Security with respect to information required to establish and maintain records under the Social Security Act, that is, on an Application for Replacement Social Security Number Card, defendant furnished the following false information:

- A. when asked to designate his "Name at Birth", defendant furnished the name "Larry William Tipton";
- B. when asked to designate his "Birth Date", defendant furnished the date of birth of "Larry William Tipton" ("12/XX/194X");
- C. when asked to designate his "Mother's Name at her Birth", defendant furnished the name at birth of the mother of "Larry William Tipton"; and
- D. when asked to designate his "Father's Name", defendant furnished the name of the father of "Larry William Tipton."

This was in violation of Title 42, United States Code, Section 408(a)(6).

## COUNT 3

On or about June 29, 2004, in the Northern District of Iowa, defendant MICHAEL EDWARD KOWAL, a/k/a "Michael William Tipton," a/k/a "Larry William Tipton," for the

2

purpose of obtaining an Iowa driver's licence, did knowingly, willfully, and with intent to deceive, use a social security account number with the last four digits "0053" assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by defendant.

This was in violation of Title 42, United States Code, Section 408(a)(7)(A).

## COUNT 4

On or about September 10, 2004, in the Northern District of Iowa, defendant MICHAEL EDWARD KOWAL, a/k/a "Michael William Tipton," a/k/a "Larry William Tipton," for the purpose of obtaining an Iowa real estate licence, did knowingly, willfully, and with intent to deceive, use a social security account number with the last four digits "0053" assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by defendant.

This was in violation of Title 42, United States Code, Section 408(a)(7)(A).

## COUNT 5

On or about September 10, 2004, in the Northern District of Iowa, defendant MICHAEL EDWARD KOWAL, a/k/a "Michael William Tipton," a/k/a "Larry William Tipton," during and in relation to the offense set out in COUNT 4 above, did knowingly use without lawful authority a means of identification of another person. Specifically,

defendant used the last name ("Tipton") and month of birth ("December") of "Larry William Tipton," an actual person.

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 6

On or about January 13, 2005, in the Northern District of Iowa, defendant MICHAEL EDWARD KOWAL, a/k/a "Michael William Tipton," a/k/a "Larry William Tipton," for the purpose of obtaining a certificate of title to a vehicle, did knowingly, willfully, and with intent to deceive, use a social security account number with the last four digits "0053" assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by defendant.

This was in violation of Title 42, United States Code, Section 408(a)(7)(A).

## COUNT 7

On or about January 13, 2005, in the Northern District of Iowa, defendant MICHAEL EDWARD KOWAL, a/k/a "Michael William Tipton," a/k/a "Larry William Tipton," during and in relation to the offense set out in COUNT 6 above, did knowingly use without lawful authority a means of identification of another person. Specifically, defendant used the name ("Larry William Tipton") and date of birth ("194X-12-XX") of "Larry William Tipton," an actual person.

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

/s/ Foreperson

Foreperson

Date 10/17/06

Presented by:

CHARLES W. LARSON, SR.
United States Attorney

By,

PETER E. DEEGAN, JR.
Assistant United States Attorney

5