## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR 06-0133 LRR |
| Plaintiff, | ) | |
| | ) | |
| | ) | STIPULATION OF FACTS |
| vs. | ) | FOR TRIAL RE: |
| | ) | COUNTS 5 AND 7 |
| MICHAEL EDWARD KOWAL, | ) | |
| a/k/a "Larry William Tipton," | ) | |
| a/k/a "Michael William Tipton," | ) | |
| a/k/a "William Bloom," | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States and Defendant Michael Edward Kowal, for the purposes of trial on Counts 5 and 7 of the Indictment, enter into the following Stipulation of Facts in lieu of evidence at trial. The parties stipulate and agree that the following facts are true.[1] The parties further stipulate and agree the attached documents, referenced below, are true and accurate copies of the originals and were generated based upon the actions of defendant (with the exception of the Larry William Tipton birth certificate (Exhibit "1")). Except as indicated, the parties agree that all attached documents are admissible for all purposes under the Federal Rules of Evidence.

1.      Defendant's name at birth was Michael Edward Kowal. Defendant was born on                    , 1944.

---

[1]Defendant reserves all arguments for sentencing purposes, including but not limited to relevancy, relating to the use of any of the facts occurring prior to the offenses charged in the Indictment to increase his punishment.

2.    On 12/27/88, defendant was charged in Arizona under the name Michael Kowal with several counts of theft and forgery alleging the embezzlement of funds from his employer. On 2/21/89, defendant appeared on those charges and was released on his own recognizance.

3.    After his court appearance on 2/21/89, defendant conducted some research and obtained a birth certificate for Larry William Tipton (d.o.b.          1944) (Exhibit "1"). Larry William Tipton was an actual person, born the same year as defendant, but who died in Kansas in 1949 at age 5.

4.    On 9/25/89, using the Larry William Tipton birth certificate, defendant obtained an Arizona driver's license in the Larry William Tipton name. (Exhibit "2.")

5.    On 10/2/89, using the Larry William Tipton birth certificate and the Arizona driver's license in the Larry William Tipton name, defendant applied for a social security number in the Larry William Tipton name. (Exhibit "3"). Defendant received a number ending in 0053.

6.    On 10/12/89, using the Larry William Tipton birth certificate, the Arizona driver's license in the Larry William Tipton name, and providing the 0053 social security number, defendant applied for a United States passport in the Larry William Tipton name. (Exhibit "4"). The application was denied.

7. On 11/21/89, defendant was charged federally under the name Michael Kowal in the District of Arizona with making a false statement in connection with a passport application. An arrest warrant issued. Defendant was never arrested or arraigned on that charge. Defendant asserts that he was not aware that he had been indicted on that charge until shortly after his arrest in this case, but was aware of the investigation relating to the passport application in November of 1989. The United States has no independent information regarding Defendant's knowledge of the federal passport charge or investigation.

8. In late 1989, Defendant left Arizona for California in an attempt to avoid prosecution on the state charges in Arizona.

9. Defendant disputes the relevancy of any information regarding the use of the William Bloom identity to any issue in this case, and, while stipulating that the facts are true, defendant specifically objects to the relevancy of information in this paragraph. After leaving Arizona, defendant conducted some research and obtained a birth certificate for William Clorindo Bloom (d.o.b. ;        1944). Bloom was an actual person, born the same year as defendant, but who died of pneumonia when he was 4 months old. Using the Bloom birth certificate, defendant obtained a California identification card in the Bloom name. On 1/12/90, using the Bloom birth certificate and the California identification card in the Bloom name, defendant applied for a social security number in the Bloom name.

3

Defendant received a number ending in 1447. On 10/31/95, defendant obtained a California driver's license in the Bloom name and bearing the same number as the previously issued California identification card. (Exhibit "5"). On 3/13/98, defendant was charged under the Bloom name in San Diego County California with felony theft from his employer. Defendant was never arrested on that charge.

10. On 2/9/99, the Arizona state charges were dismissed. In about November of 2001, the federal charges were dismissed.

11. Defendant subsequently left California and returned to Arizona in approximately 2000 or 2001, where he resumed living under the Larry William Tipton name.

12. In Arizona, defendant met Marilyn Egli, whom he began dating. Defendant and Marilyn Egli subsequently agreed to be married.

13. On 3/18/03, defendant obtained an Iowa marriage license using the Larry William Tipton identity and the 0053 social security number. (Exhibit "6" - Application, Exhibit "7" - Marriage License). This act forms the basis for Count 1 of the Indictment. Whether defendant legally changed his name to Michael William Tipton is disputed between the parties and to be decided by the Court. On 3/23/03, defendant was married to Marilyn Egli in Cedar Rapids, Iowa. Marilyn Egli changed her name to Marilyn Egli-Tipton.

14. In about June of 2004, defendant moved to Iowa. Marilyn Egli-Tipton had previously moved to Iowa.

4

15.     On 6/29/04, in the Northern District of Iowa, defendant applied for a replacement social security card for the 0053 number to change the name on the account to "Michael William Tipton." (Exhibit "8"). This act forms the basis for Count 2 of the Indictment.

16.     On 6/29/04, in the Northern District of Iowa, defendant used the 0053 number to obtain an Iowa driver's license in the name of Michael William Tipton. (Exhibit "9"). This act forms the basis for Count 3 of the Indictment.

17.     On 9/10/04, in the Northern District of Iowa, defendant used the 0053 number to obtain an Iowa real estate license in the name of Michael Tipton. (Exhibit "10"). This act forms the basis for Counts 4 and 5 of the Indictment. During and in relation to the offense set forth in Count 4 of the Indictment, Defendant knowingly represented to the Iowa Real Estate Commission that his name was "Michael Tipton," his Social Security number was the "0053" number, and his birth month was "December."

18.     On 1/13/05, in Cedar Rapids, Iowa, defendant used the 0053 number to obtain a certificate of title to a vehicle in the name of Michael William Tipton. (Exhibit "11"). This act forms the basis for Counts 6 and 7 of the Indictment. During and in relation to the offense set forth in Count 6 of the Indictment, Defendant knowingly performed the following acts:

    a.    Defendant presented himself at the office of the Linn County Treasurer to transfer title of a 1991 Chrysler New Yorker to the name "Michael William Tipton."

5

b. The vehicle was titled in the name of "Larry William Tipton" pursuant to an Arizona-issued Certificate of Title. Defendant had previously obtained that Certificate of Title in Arizona.

c. Defendant was informed that the simplest way to obtain title to the vehicle in the name "Michael William Tipton" would be a transaction selling the vehicle from "Larry William Tipton" to "Michael William Tipton."

d. Defendant provided the Linn County Treasurer's office with the Arizona Certificate of Title in the name of "Larry William Tipton."

e. Defendant, as proof of identity, knowingly provided the Linn County Treasurer's office with: (1) the License to Marry in Iowa, as proof of change of name from "Larry William Tipton" to "Michael William Tipton"; (2) an Iowa driver's license in the name of "Michael William Tipton"; and (3) a Social Security card with the 0053 number in the name of "Michael William Tipton."

f. In the Application for Certificate of Title and/or Registration, Defendant knowingly used the name "Michael William Tipton" and birth date "1944

19. On May 16, 2005, Marilyn Egli-Tipton filed an action in the Iowa District Court for Linn County seeking an annulment of the marriage. (Exhibit "12"). The Iowa District Court for Linn County issued a Decree of annulment on June 8, 2005, which annulled the marriage of Marilyn Egli-Tipton and Michael Tipton, a/k/a Larry William Tipton, a/k/a Michael Edward Kowal. (Exhibit "13"). As part of the Decree, the Court changed Marilyn Egli-Tipton's name back to Marilyn Egli. The Decree did not take any specific action with regard to defendant's name.

6

20. In or about mid-2005, defendant moved from Iowa to near Chicago, Illinois, and began using the name "Michael Edward Kowal." He obtained an Illinois driver's license in that name (Exhibit "14"). The parties dispute the significance of this evidence, which is for the Court to resolve. Defendant contends that these acts legally changed his name under Illinois common law back to "Michael Edward Kowal" from "Michael William Tipton." The United States contends that defendant's legal name, at all times, has been "Michael Edward Kowal."

21. Defendant pled guilty to Counts 1, 2, 3, 4 and 6 of the Indictment on December 22, 2006.

22. The United States and defendant have agreed to waive trial by jury with respect to Counts 5 and 7 and to submit Counts 5 and 7 to the Court for trial to the bench on this Stipulation of Facts and Briefs by the parties on the legal issues presented.

The above is hereby stipulated and agreed.

UNITED STATES

PETER E. DEEGAN, JR.
Assistant United States Attorney
401 1st Street SE, Suite 400
Cedar Rapids, IA 52401
Tele: (319) 363-0091
Fax: (319) 363-1990
Peter.deegan@usdoj.gov

DEFENDANT

MICHAEL EDWARD KOWAL

7

COUNSEL FOR DEFENDANT

WEBB L. WASSMER
Simmons Perrine PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Tele: (319)-366-7641
Fax: (319)-366-1917
wwassmer@simmonsperrine.com

8