IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>MICHAEL EDWARD KOWAL, )<br>   a/k/a "Larry William Tipton," )<br>   a/k/a "Michael William Tipton," )<br>   a/k/a "William Bloom," )<br>)<br>Defendant. ) | CR 06-0133 LRR<br><br>DEFENDANT'S MOTION FOR<br>JUDGMENT OF ACQUITAL<br>RE: COUNTS 5 AND 7 |

Defendant, pursuant to Federal Rule of Criminal Procedure 29(a), moves for judgment of acquittal on Counts 5 and 7 for all reasons set forth in Defendant's Trial Brief, filed January 16, 2007, and for all reasons to be set forth in Defendant's anticipated Reply Trial Brief, to be filed on or before January 23, 2007. This Motion is made at the close of the government's case and at the close of all the evidence.

Respectfully submitted,

_____/s/ Webb L. Wassmer\_\_\_\_\_
Webb L. Wassmer
Simmons Perrine PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Tele: (319)-366-7641
Fax: (319)-366-1917
wwassmer@simmonsperrine.com

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    Peter Deegan

By: _____/s/ Webb Wassmer_____
    **Webb Wassmer**